IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEVE ALLOCCO, | § § | |
| Plaintiff, | § § | Civil Action No. 3:15-cv-06473-MAS-TJB |
| v. | § § | |
| SYNCHRONY BANK, | § § | |
| Defendant. | § § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                        RESPECTFULLY SUBMITTED,

DATED: July 21, 2017

                                                    By: /s/ Amy L. Bennecoff Ginsburg
                                                        Amy L. Bennecoff Ginsburg, Esq.
                                                        Kimmel & Silverman, P.C.
                                                        30 E. Butler Avenue
                                                        Ambler, PA 19002
                                                        Tel: 215-540-8888
                                                        Fax: 215-540-8817
                                                        aginsburg@creditlaw.com

                                                        Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Laura K. Conroy Esq.
Reed Smith LLP
136 Main Street
Suite 250
Princeton NJ 08540
Phone: (609) 514-5956
Fax: (609) 951-0824
Email: lconroy@reedsmith.com

Nana Japaridze Esq.
Reed Smith, LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Phone: (212) 549-0282
Fax: (212) 521-5450
Email: njaparidze@reedsmith.com
Attorneys for Defendant

Dated: July 21, 2017                    By: /s/ Amy L. Bennecoff Ginsburg
                                                              Amy L. Bennecoff Ginsburg, Esq.
                                                              Kimmel & Silverman, P.C.
                                                              30 E. Butler Avenue
                                                              Ambler, PA 19002
                                                              Tel: 215-540-8888
                                                              Fax: 215-540-8817
                                                              aginsburg@creditlaw.com